# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 00-3651

_____

| | | |
|---|---|---|
| United States of America, | * | |
| | * | |
| Appellee, | * | Appeal from the United States |
| | * | District Court for the |
| v. | * | Western District of Arkansas. |
| | * | |
| Darla Elmore, | * | [UNPUBLISHED] |
| | * | |
| Appellant. | * | |

_____

Submitted: April 10, 2001
Filed: April 13, 2001

_____

Before BOWMAN and FAGG, Circuit Judges, and PIERSOL,[1] District Judge.

_____

PER CURIAM.

After Darla Elmore's motion to suppress was denied, she entered a conditional plea of guilty to one count of possession with intent to distribute methamphetamine and was sentenced to thirty-seven months of imprisonment. She appeals, seeking reversal of the denial of her motion.

_____

[1]The Honorable Lawerence L. Piersol, Chief Judge, United States District Court for the District of South Dakota, sitting by designation.

Having reviewed the matter, we conclude that the District Court[2] did not err in denying Elmore's suppression motion. We agree with the District Court that (1) the search of Elmore's vehicle was valid based on probable cause and as a proper search incident to arrest, and (2) the inventory search of Elmore's vehicle the morning after her arrest was lawful because the vehicle had been properly seized for forfeiture. Accordingly, we affirm. See 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.

---

[2]The Honorable Jimm Larry Hendren, Chief Judge, United States District Court for the Western District of Arkansas, adopting the report and recommendation of Honorable Beverly S. Jones, United States Magistrate Judge for the Western District of Arkansas.